**MEMO ENDORSED**

**HOFMANN & SCHWEITZER**
COUNSELLORS AT LAW AND PROCTORS IN ADMIRALTY
212 West 35th Street, 12th Floor
New York, NY 10001
Telephone: (212) 465-8840
Fax: (212) 465-8849

PAUL T. HOFMANN*
TIMOTHY F. SCHWEITZER*
DARIO A. CHINIGO*

NEW JERSEY OFFICE:
1130 ROUTE 202 SOUTH, SUITE A7
RARITAN, NJ 08869
(908) 393-5662

*Also Admitted in NJ

timothyschweitzer@hofmannlawfirm.com

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 10/27/2021 |

October 26, 2021

**VIA ECF**
Hon. Nelson Stephen Roman
United States District Judge
United State District Court
Southern District of New York
300 Quarropas Street
Room 147
White Plains, NY 10601

Re:   Ryan v. Ballard Marine, LLC et al
        Southern District of New York
        7:20-cv-01889 (NSR) (AEK)

Honorable Sir:

Our office represents the plaintiff in the above captioned matter and we write with the consent of all parties and pursuant to Magistrate Judge Krause's October 21, 2021 Order which in part granted plaintiff's letter motion for an extension of time and extended the deadline to complete all discovery to March 4, 2022.

In light of the new deadlines, Magistrate Judge Krause directed the parties to request an adjournment of the November 12, 2021 conference before Your Honor until a date after March 4, 2022. The parties therefore respectfully request that the November 12, 2021 conference be adjourned accordingly.

Thank you for the Court's courtesy and consideration.

Respectfully submitted,

HOFMANN & SCHWEITZER

TFS/jk

By: /s/ Timothy F. Schweitzer
       Timothy F. Schweitzer

cc (via ECF):

---

Due to an extension of the discovery deadlines, the parties' request to adjourn the Status Conf., to be held via AT&T Teleconf., from Nov. 12, 2021 until Mar. 24, 2022 at 10:00 am is GRANTED. To access the teleconf., please follow these directions: (1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconf. as a guest. Clerk of Court requested to terminate the motion (doc. 65).
Dated: Oct. 27, 2021

SO ORDERED:

/s/ Nelson S. Roman
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Aviva Stein
Nicholas R. Napoli III
Wilson Elser Moskowitz Edelman & Dicker LLP
733 Third Avenue, 16th Floor
New York, NY 10017
aviva.stein@wilsonelser.com
Nicholas.NapoliIII@wilsonelser.com

Thomas Mark Canevari
Freehill Hogan & Mahar LLP
80 Pine Street, 24th Floor
New York, NY 10005
canevari@freehill.com

Corey Russell Greenwald
Laura Lynn Gongaware
Clyde & Co US LLP (NYC)
405 Lexington Ave
New York, NY 10174
corey.greenwald@clydeco.us
laura.gongaware@clydeco.us