**MEMO ENDORSED**

**Memorandum Endorsement**

*Mark Ryan v. Ballard Marine LLC, et al*

7:20-cv-1889 (NSR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/2023

In light of the parties' representations in the attached letter (ECF No. 95) that they anticipate reaching a settlement agreement as to, or are actively attempting to resolve, the pending claims in this matter, the Court deems Defendants' pending motions for summary judgment denied as moot. However, in the event that a settlement is not reached, the parties need only notify the Court through a joint letter filed on ECF that they wish for the Court to rule on the motions that have already been fully submitted. The Clerk of the Court is kindly directed to terminate the motions at ECF Nos. 79 and 80.

Dated; June 11, 2023
    White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

# HOFMANN & SCHWEITZER

COUNSELLORS AT LAW AND PROCTORS IN ADMIRALTY
212 West 35th Street, 12th Floor
NEW YORK, NY 10001
Telephone: (212) 465-8840

| | | |
|---|---|---|
| PAUL T. HOFMANN* | Fax: (212) 465-8849 | NEW JERSEY OFFICE: |
| TIMOTHY F. SCHWEITZER* | Fax: (844) 570-8674 | 1130 ROUTE 202 SOUTH, SUITE A7 |
| _____ | | RARITAN, NJ 08869 |
| | | (908) 393-5662 |
| DARIO ANTHONY CHINIGO* | E-M AIL: INFO@HOFMANNLAWFIRM.COM | |
| | WEB PAGE: WWW.HOFMANNLAWFIRM.COM | |
| | | Writer's Email: |
| *Also Admitted in NJ | | timothyschweitzer@hofmannlawfirm.com |

June 7, 2023

Hon. Nelson S. Roman
United States District Judge
United States District Court
Southern District of New York
Federal Building and U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:   Mark Ryan v. Ballard Marine, LLC, et al.
        20-cv-1889 (NSR)

Dear Judge Roman:

Our office represents plaintiff Mark Ryan in the above captioned matter, that has summary judgment motions pending before Your Honor, and we are pleased to report that Mr. Ryan has settled his claims against all defendants.

The parties respectfully request that the motions for summary judgment, pertaining to the cross-claims between the defendants, be held in abeyance for a period of sixty days so that the defendants can try to amicably resolve their cross-claims. The parties also request sixty days in order to file a Stipulation of Dismissal.

Thank you for your consideration and courtesies.

Respectfully submitted,

HOFMANN & SCHWEITZER

By: _____
       Timothy F. Schweitzer (TS2167)

TFS/ss

c:   Corey Greenwald, Esq.
      Ellyn Wilder, Esq.
      Thomas Canevari, Esq.