# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

MARK RYAN,

                    Plaintiff,                    20 **CIVIL** 1889 (NSR)

   -against-                                 **JUDGMENT**

BALLARD MARINE, LLC,
BALLARD MARINE CONSTRUCTION, LLC,
TAPPAN ZEE CONSTRUCTORS, LLC,
RESOLVE MARINE SERVICES, INC., and
RESOLVE MARINE GROUP, INC.,

                  Defendants.

-------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Opinion & Order dated April 10, 2025, the Court GRANTS Resolve's motion for summary judgment related to a claim for indemnification against TZC. The Court also GRANTS TZC's motion for summary judgment related to a claim for indemnification against Ballard. As the Court ordered in footnote 1, its Opinion & Order of March 19, 2025 (ECF 108) is vacated and shall have no precedential value. Accordingly, the case is closed.

**Dated:**  New York, New York

       April 11, 2025

                                                              **TAMMI M. HELLWIG**

                                                                  **Clerk of Court**

                           **BY:**

                                                                  **Deputy Clerk**